

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

**MARGARET M. ROBERTIE**  
**CLERK OF COURT**

**TEL: 618.482.9371**  
**FAX: 618.482.9383**

**OFFICE OF THE CLERK**  
**750 MISSOURI AVENUE**  
**EAST ST. LOUIS, ILLINOIS 62201**

April 7, 2020

Jennifer D.L. Hudson  
Assistant U.S. Attorney  
9 Executive Drive, Ste. 300  
Fairview Heights, IL  62208

Re:     Kenneth Rose  
       Civil Case:         20-cv-334-SMY  
       Criminal Case:   19-cr-30004-SMY

Dear Attorney Hudson:

On April 7, 2020, a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 was filed by Kenneth Rose.  This notification is made pursuant to Rule3(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts.  No answer or other responsive pleading is required unless the court orders otherwise.

All future documents relating to this motion should be filed in the **civil case only**.

Very truly yours,

*s/ Jackie Muckensturm*  
Deputy Clerk

Enclosures  
CC:  U.S. Probation Office

CV-09  
Rev. 04/12