United States District Court
Southern District of Illinois
East Saint Louis

Kenneth Rose
Movant, Pro Se

Case Number
3:20-CV-00334-SMY

v.

United States of America
Respondent

Motion for service of documents

Kenneth Rose asks this Honorable court to order the court's clerk to provide him with his requested documents and for the respondent to serve him with a copy of its opposition brief.

Rose regrets to inform this court that he has suffered extensive interference with the service of his mail at the prison in Forrest City, Arkansas. This matter has been brought to the attention of several prison administrators and has met with negative results. In his most recent response, Rose has been told his mail has been routed to his previous prison for reasons unknown, none of which has made its way back to him. For these reasons, Rose must now inconvenience this court with this request for documents.

Rose asks that he be provide with a copy of his docket sheet and a stamped filed copy of all documents filed relating to this matter. Further, Rose has not been served with a copy of the government's opposition motion. He requests a copy be served upon him now through the prison's internal legal mail system in order that he may sign for his legal mail upon delivery.

Recently, an off-site source searched the PACER system and could not identify the court's receipt of Rose's completed brief, which was sent a second time, on 11/08/21. Attached is a copy of Rose's carbon-copy for identification purposes

and comparison to the court's incomplete copy filed 4/07/20. (Doc. 1, p.15).

Service of these records is necessary for rose to properly consider and research the points and facts proposed by the government and to allow him to develop and construct a proper response for this court's review.

For these reasons, Rose requests this court's assistance in providing him with these documents, documents he has never received, in order that this matter be allowed to progress without further delay.

Verification

I have read the foregoing Motion for service of documents and hereby verify that the matters alleged herein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true and correct. Executed at Forrest City, Arkansas on this 28th day of November, 2022.

Kenneth Rose
Kenneth Rose
Movant, Pro Se

Certificate of Service

I certify under the penalty of perjury that the foregoing Motion for service of documents was placed in the prison's internal mail system, postage pre-paid, for service upon this court via U.S. mail on this 28th day of November, 2022. Rose asks this court's clerk to serve all other interested parties via electronic notification and to serve him with a stamped filed copy of this motion.

Kenneth Rose
Kenneth Rose
Movant, Pro Se

Kenneth Rose
PO BOX 9000-Low
Forrest CITY, AR 72336
United States

ST LOUIS MO P&DC 631
FRI 23 DEC 2022 PM

14258-025
Clerk U S Didtrict Court
750 Missouri AVE
E Saint Louis, IL 62201
United States




RECEIVED
DEC 28 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE